UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WATERBURY HOMEOWNERS ASSOCIATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) CASE NO. 1:25-cv-00088-SEB-TAB |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

Defendant, State Farm Fire and Casualty Company, by counsel, notifies this Court that the parties have reached a settlement. A release is being prepared and should be completed within the next 30 days, and the parties will seek dismissal of the above-captioned matter upon completion of the settlement terms.

LEWIS WAGNER & TRIMBLE

*/s/ Eric C. McNamar*
ERIC C. MCNAMAR, #22467-49
EDMUND L. ABEL, #36293-49
*Counsel for Defendant State Farm Fire and Casualty Company*

**CERTIFICATE OF SERVICE**

On September 22, 2026 a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

Michael L. Schultz
PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
251 N. Illinois Street, Suite 1800
Indianapolis, IN 46204
mschultz@parrlaw.com

*/s/ Eric C. McNamar*
ERIC C. MCNAMAR, #22467-49

LEWIS WAGNER & TRIMBLE
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
Telephone: 317-237-0500
emcnamar@lewiswagner.com
eabel@lewiswagner.com